# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

147609

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

FRASCO, CAPONIGRO, WINEMAN,
& SCHEIBLE, PLLC,
           Plaintiff/Counter-Defendant-
           Appellee,

v

                                        SC: 147609
                                        COA: 308405
                                        Oakland CC: 2010-109156-CK

IGC MANAGEMENT, INC.,
           Defendant/Counter-Plaintiff/
           Third-Party Plaintiff-Appellant,

v

J. CHRISTIAN HAUSER,
           Defendant/Third-Party
           Defendant-Appellee,
and

MURRAY CONNELL,
           Defendant.

_____/

       On order of the Court, the application for leave to appeal the April 16, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014 _____

t0127


                                Clerk